IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL FERNANDEZ, | : CIVIL ACTION |
| | : |
| v. | : NO. 19-144 |
| | : |
| GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. | : |
| | : |

## ORDER

**AND NOW**, this 30th day of August, 2021, after review of Defendant's Motion for Summary Judgment, Plaintiff's opposition, Defendant's reply, and all supplemental authority submitted by both parties, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Docket No. 78) is **GRANTED**; and
2. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.